Raymond J. TAHIR, Plaintiff-Appellant,

v.

Jefferson B. SESSIONS III, in his official capacity as Attorney General of the United States, Defendant-Appellee.

No. 17-1684

United States Court of Appeals, Fourth Circuit.

Submitted: November 20, 2017

Decided: November 27, 2017

Brian K. Leonard, B.K. LEONARD LAW, Raleigh, North Carolina, for Appellant. John Stuart Bruce, United States Attorney, Norman G. Acker, Rudy E. Renfer, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond J. Tahir, a former employee of the Federal Bureau of Investigation, appeals the district court's order granting Defendant's motion to dismiss Tahir's complaint alleging he was terminated because of his national origin, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2017). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Tahir v. Sessions*, No. 5:16-cv-00781-D, 2017 WL 1735158 (E.D.N.C. May 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately. presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*